**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**KIMBERLY GRANO** (SBN 328298)(kgrano@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Last Page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSIS YOSELIN ZELAYA SAGASTUME, *et. al.*,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement, *et. al.*<br><br>Defendant-Respondents. | Case No. **'20 CV 0658 LAB MSB**<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK, DEFENDANT-RESPONDENTS, AND COURT:

PLEASE TAKE NOTICE that under CivLR 40.1(f) and (g), the above-captioned case is related to *Habibi v. Barr*, No. 3:20-cv-00618-BAS-RBB (S.D. Cal.). The cases meet all three factors under CivLR 40.1(g) because they both involve individuals detained in the custody of Immigration and Customs Enforcement ("ICE") in the Otay Mesa Detention Center ("Otay Mesa") who are seeking release due to the risks posed by COVID-19 and a potential outbreak of the virus in ICE detention, including Otay Mesa, where a staff member recently tested positive for the virus. The same factual questions regarding the nature of the virus, the risks posed in ICE detention, the lack of appropriate measures taken by ICE and Otay Mesa in response, and the physical structures and daily operations of Otay Mesa.  In addition,

the same legal question, whether the due process rights of ICE detainees are violated by their continued detention in ICE custody, must be resolved in both cases.

*Habibi* arises out of a motion for release in light of COVID-19, made in the context of a petition for review to the Ninth Circuit Court of Appeals by a detainee in ICE custody at Otay Mesa. The Court of Appeals converted the motion into a petition for writ of habeas corpus and transferred the matter to this district. *Habibi* raises the question whether an ICE detainee in Otay Mesa should be released due to the impact of COVID-19 and the urgent risks it poses to individuals in confined settings.

Similarly, this case involves two ICE detainees at Otay Mesa who seek their release due to the risks COVID-19 poses to their health and safety. Plaintiff-Petitioners in this case submit substantial evidence regarding the structure of Otay Mesa, the nature of ICE's response to COVID-19 in Otay Mesa, and the daily operations of and current situation in Otay Mesa, as well as expert evidence regarding the virus and the particular risks it poses to individuals in carceral settings such as Otay Mesa. Even for the two Plaintiff-Petitioners in this case detained at the Imperial Regional Detention Facility, many of the legal issues and facts regarding the nature of the virus, including heightened risks posed by the virus in confined settings, overlap.

In light of the substantial evidence submitted by Plaintiff-Petitioners in support of the petition and application for temporary restraining order in this matter, assigning the cases to the same court will significantly conserve judicial economy. It will also reduce the risk of two judges in the same district making contradictory factual findings or legal conclusions regarding whether the nature of COVID-19 and ICE's response, including in Otay Mesa, necessitates the release of certain Otay Mesa detainees.

NOTICE OF RELATED CASE

1

2

3   DATED: April 3, 2020

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

**_s/ Bardis Vakili_**
BARDIS VAKILI

Attorney for Plaintiff-Petitioners

*Additional Counsel for Plaintiff-Petitioners*

DAVID C. FATHI (WA SBN 24893)(dfathi@aclu.org)**
EUNICE H. CHO (WA SBN 53711)(echo@aclu.org)**
JOSEPH LONGLEY (jlongley@aclu.org)**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

STEPHEN B. KANG (SBN 292280)(skang@aclu.org)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-1198

MICHAEL TAN (NY SBN 4654208)(mtan@aclu.org)*
OMAR C. JADWAT (NY SBN 4118170)(ojadwat@aclu.org)**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone:  (212) 549-2660

GABRIEL ARKLES (NY SBN 4391918)(garkles@aclu.org)**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
LESBIAN GAY BISEXUAL TRANSGENDER & HIV PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone: (212) 549-2660

*admitted pro hac vice
**application for pro hac vice forthcoming; practice limited to federal courts

3                NOTICE OF RELATED CASE