**JOSEPH H. HUNT**
Assistant Attorney General
U.S. Department of Justice, Civil Division
**CINDY S. FERRIER**
Assistant Director
Office of Immigration Litigation
**ANDREW N. O'MALLEY, VASBN 77145**
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7135
andrew.o'malley@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDULLAH HABIBI,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General, et al.<br><br>Respondents. | Case No. 20cv00618 BAS RBB<br><br>**DECLARATION OF CAPTAIN PHILIP FARABAUGH, MD, U.S. PUBLIC HEALTH SERVICE, HEALTH SERVICES ADMINISTRATOR FOR ICE HEALTH SERVICE CORPS (IHSC)** |

I, Captain Philip Farabaugh (CAPT) make the following statements under oath and subject to the penalty of perjury:

1. I am employed by U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), and currently serve as the Deputy Medical Director with ICE Health Service Corps (IHSC). I have held this position since April 18, 2016.

20cv00618 BAS RBB

2. In my current position, I provide oversight of the Medical Facility at Otay Mesa Detention Center (OMDC). The Medical Facility provides overall medical, dental and mental health care for the detained population, which includes both ICE detainees and US Marshall (USMS) detainees.

3. CoreCivic manages the overall Otay Mesa Detention Center facility operations, security and transportation under contract with ICE.

4. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals.

5. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.

6. In testing for COVID-19, IHSC is also following guidance issued by the Centers for Disease Control (CDC) to safeguard those in its custody and care.

7. Each detainee is screened for disabilities upon admission by an IHSC medical provider. Identified disabilities are further evaluated and reasonable accommodations are provided as medically appropriate.

8. At the OMDC Medical Facility, during intake medical screenings, detainees are assessed for fever and respiratory illness, are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

9. The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee. Those detainees who present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital.

10. In cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness. Cohorting is an infection-prevention strategy which involves housing detainees together who were exposed to a person with an infectious organism but are asymptomatic. This practice lasts for the duration of the incubation period of 14 days, because individuals with these and other communicable diseases can be contagious before

they develop symptoms and can serve as undetected source patients. Those that show onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period completes with no new cases. Per ICE policy, detainees diagnosed with any communicable disease who require isolation are place in an appropriate setting in accordance with CDC or state and local health department guidelines.

11. The OMDC Medical Facility has the following medical capabilities:

    - The IHSC Medical Staff which manages both males and females, provides daily access to sick calls in a clinical setting and has an onsite medical infirmary, mental health and dental health services with the ability to admit patients at the local hospital for mental or medical health care.

12. As of 10:00 a.m. on April 9, 2020, IHSC has the following information:

    a. There are 5 ICE detainee suspected cases of COVID-19 in OMDC Medical Housing Unit (MHU) who are on medical observation are isolated per CDC guidelines. These detainees are isolated and are not housed in general population. Detainees are monitored daily for change in symptoms. All are currently asymptomatic.

    b. There are 14 confirmed cases of COVID-19 in the Otay Mesa Detention Center.

    c. Mr. Habibi is currently housed in the P-Pod at OMDC which is one of the 6 housing units under quarantine for positive COVID cases.

13. Mr. Habibi does not have any known medical conditions that would place him at a high risk for poor outcomes should he have exposure to the virus.

14. The Otay Mesa Detention Center has a population within approved capacity and is not overcrowded.

15. The Otay Mesa Detention Center has increased sanitation frequency and provides sanitation supplies as follows:

    a. CoreCivic – provides disinfectant spray, hand sanitizer, and soap in every housing unit at the jail. The administration is encouraging both staff and the jail general population to use these tools often and liberally.

    b. CoreCivic – provides disinfectants to staff and cleaning crews and CDC recommended cleaning and disinfection above and beyond normal activity have been implemented.

    c. CoreCivic – provides hand sanitizer to detainees and staff and cleans and disinfects each housing unit between shifts.

16. The Otay Mesa Detention Center has limited professional visits to noncontact visits and suspended in person social visitation and facility tours.

17. The Otay Mesa Detention Center custody staff is screening all staff and vendors when they enter the facilities including body temperatures.

18. IHSC medical staff are screening all detainee intakes when they enter the facilities including travel histories, medical histories and checking body temperatures and have procedures to continue monitoring the populations' health.

19. IHSC medical staff provide education on COVID-19 to staff and detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill. The facilities provide detainees daily access to sick call.

20. IHSC medical staff working with CoreCivic staff have identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection to be addressed as set forth in paragraphs 8, 9 and 10, *supra*.

    I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

DATED: April 9, 2020

PHILIP T FARABAUGH
Digitally signed by PHILIP T FARABAUGH
Date: 2020.04.09 13:07:25 -07'00'

Captain Philip Farabaugh, MD.
Deputy Medical Director
ICE Health Service Corps
Enforcement and Removal Operations